UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLENN JOHNSON

_____

Write the full name of each plaintiff.

-against-

CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, NYPD Police OFFICERS JOHN
AND JANE DOES 1-6, 25TH PRECINCT.

_____

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

23 CV 3018 (PAE)(SDA)

(Include case number if one has been
assigned) FIRST

AMENDED
COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other: _FALSE ARREST, MALICIOUS PROSECUTION, FALSE IMPRISONMENT_

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_GLENN_ _____ _JOHNSON_ _____
First Name                    Middle Initial               Last Name

_____

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_I.D.#3492201709 / NYSID.#04161411k_
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_ANNA. M. KROSS. CENTER. C-95_ _____ _A.M.K.C._
Current Place of Detention

_18-18 HAZEN STREET_ _____
Institutional Address

_EAST ELMHURST_ _____ _NEW YORK_ _____ _11370._ _____
County, City                         State                        Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:   LORENZO _____ VALENTE _____ #16609
First Name          Last Name             Shield #

Police OFFiceR          N.Y.P.D.
Current Job Title (or other identifying information)

120 EAST 119TH STREET          25TH PRECINCT
Current Work Address

New YORK          New YORK          10035
County, City          State          Zip Code

Defendant 2:   _____ MARTiNEZ _____
First Name          Last Name             Shield #

Police OFFiceR          N.Y.P.D.
Current Job Title (or other identifying information)

120 EAST 119TH STREET          25TH PRECINCT
Current Work Address

NEW YORK          New YORK          10035
County, City          State          Zip Code

Defendant 3:   JANE _____ DoE _____
First Name          Last Name             Shield #

Police OFFiceR          N.Y.P.D.
Current Job Title (or other identifying information)

120 EAST 119TH STREET          25TH PRECINCT
Current Work Address

New YORK          New YORK          10035
County, City          State          Zip Code

Defendant 4:   JoHN _____ DoE _____
First Name          Last Name             Shield #

Police OFFiceR          N.Y.P.D.
Current Job Title (or other identifying information)

120 EAST 119TH STREET          25TH PRECINCT
Current Work Address

New YORK          New YORK          10035
County, City          State          Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence:  2085 lexington Avenue in new york, new york

Date(s) of occurrence:  November 7, 2019 AT 7:50 AM

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

The Following is A Summary And Does NOT include All Details concerning The incident. claimant was illegally stopped searched And Arrested, without cause or Justification. claimant was Falsely Arrested, imprisoned And maliciously Prosecuted based upon lies Told By The nypd Police officers John And Jane Does 1-6 And The Failure of other officers To intervene. on november 7, 2019 AT 7:50 AM AT 2085 lexington Avenue in newyork, newyork claimant was unlawfully stopped, searched And Arrested, claimant Did NOT commiT Any sex crime, nor Did He endanger The welFare of A child Bail was set AT ARRAignment. on may 25, 2022, claimant was "Acquitted" of All charges. claim For Personal, Emotional And physical injuries sustained By claimant As A Result of intentional, Reckless, And or negligent conduct By Agents, servants And employees of The city of newyork (city) And By The newyork city police department (nypd). nypd police officers Failed To intervene To prevent The deprivation of claimants constitutional civil And common law Rights. claimants alleges negligence in The Hiring And Retention of incompetent And unFit police Employees, negligence in The supervision, Training And instruction of such Employees, And Respondeat superior liability.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

The claimant was subjected to personal and physical injuries, an unlawful seizure, false arrest and imprisonment, malicious prosecution, abuse of process, negligence intentional and negligent infliction of emotional distress, harrassment, unconstitutional conditions of confinement, and to deprivation of, his constitutional civil and common law rights. As a result of the officers actions, claimant experienced personal physical and emotional injuries, pain and suffering fear and invasion of privacy.

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

Psychological pain, emotional distress, mental anguish, embrassment, and humiliation. Claimant was incarcerated from November 7, 2019 until October 21, 2021. Claimant attended multiple court appearances including two (2) "trials." Also damages for car loss GMC Terrain 2010 and social security disability stopped $780.00 monthly. Seeks damages for his loss of liberty from being detained for nearly 12 months emotional pain and suffering that caused him emotional pain mental anguish significant loss of sleep, humiliation and embassment in front of his family paranoia from a fear of being falsely targeted again by law enforcement and a loss in his sense of security in his own neighborhood. Total amount claimed: $1,000,000.00

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.


Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 5/1/23 | *Glenn Johnson*   "PROSE" |
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| GLENN | | JOHNSON |
| First Name | Middle Initial | Last Name |

ANNA. M. KROSS. CENTER.  C-95  18-18  HAZEN STREET    A.M.K.C.
Prison Address

| | | |
|---|---|---|
| EAST ELMHURST | NEW YORK | 11370. |
| County, City | State | Zip Code |


Date on which I am delivering this complaint to prison authorities for mailing: _____



Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Incarcerated Civil Litigants in Federal District Court

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys, law students, and paralegals to assist those who are representing themselves or planning to represent themselves, including incarcerated litigants, in civil lawsuits in the Southern District of New York federal court, excluding habeas cases. The clinic is not part of or run by the court.

Even if a litigant has consulted with Clinic staff, unless they retain other counsel and that counsel enters a notice of appearance, they remain unrepresented; are responsible for doing whatever is necessary in connection with the case; and must still submit all court papers to the Pro Se Intake Unit, located in Room 105 of the Daniel Patrick Moynihan Courthouse, 40 Foley Square, New York, New York, or by following the court's instructions for filing via email as a pro se litigant.

## The Clinic Can:

- Assist with amending complaints and responding to motions to dismiss;
- Represent litigants for settlement purposes and, in limited circumstances, for depositions;
- Assist with written discovery;
- Recruit pro bono counsel for depositions and trial; and
- Assist with oppositions to summary judgment.

*Clinic staff cannot assist with habeas cases or criminal matters.*

NYLAG may also be unable to assist if it determines, in its professional legal judgement, that (i) you have refused to cooperate with the Clinic's counsel or follow the Clinic's advice; (ii) any assistance would be unreasonably difficult for NYLAG to carry out; or (iii) your case is or will become frivolous, unreasonable, groundless, or without merit.

## Contacting the Clinic:

To contact the clinic and request a copy of our retainer, please call (212) 659-6190 and leave a message or write to us at the following address:

> NYLAG Legal Clinic for Pro Se Litigants
> Thurgood Marshall Federal Courthouse
> Room LL22
> 40 Foley Square
> New York, NY 10007

Please mail a signed retainer back to the clinic at the above address. Once the paperwork is received, clinic staff will contact you. It may take up to two weeks.

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.



23 CIV. 3018 (PAE) (SDA)

SUPREME COURT OF THE STATE OF NEW YORK        FEE:$10.00
NEW YORK COUNTY
100 CENTRE STREET
NEW YORK, NY 10013

CERTIFICATE OF DISPOSITION ACQUITTAL

DATE: 06/23/2022

CERTIFICATE OF DISPOSITION NUMBER: 72834

PEOPLE OF THE STATE OF NEW YORK
VS.

CASE NUMBER:            03895-2019
LOWER COURT NUMBER(S): CR-035224-19NY
DATE OF ARREST:         11/07/2019
ARREST #:               M19649351
DATE OF BIRTH:          06/05/1960
DATE FILED:             12/13/2019

JOHNSON,GLENN

                    DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 05/25/2022 THE ABOVE NAMED
DEFENDANT WAS TRIED AND FOUND NOT GUILTY OF ALL PENDING CRIMINAL
CHARGES AS TO THIS CRIMINAL ACTION BEFORE THE HONORABLE
CLOTT,A   THEN A JUDGE OF THIS COURT.

THE DEFENDANT WAS DISCHARGED FROM THE JURISDICTION OF THE COURT.

THE ABOVE MENTIONED ACQUITTAL IS A TERMINATION OF THE CRIMINAL
ACTION IN FAVOR OF THE ACCUSED AND PURSUANT TO SECTION 160.60 OF
THE CRIMINAL PROCEDURE LAW "THE ARREST AND PROSECUTION SHALL BE
DEEMED A NULLITY AND THE ACCUSED SHALL BE RESTORED, IN
CONTEMPLATION OF LAW, TO THE STATUS OCCUPIED BEFORE THE ARREST
AND PROSECUTION".

PURSUANT TO SECTION 160.50(1C) OF THE CRIMINAL PROCEDURE LAW, ALL
OFFICIAL RECORDS AND PAPERS RELATING TO THIS CASE ARE SEALED.

IN WITNESS WHEREOF,I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 06/23/2022.

_____
COURT CLERK

All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20,
PL 221.35 or PL 221.40 - including any appearing on this certificate of
disposition - are vacated, dismissed, sealed, and expunged.  It is an
unlawful discriminatory practice for any entity to make any inquiry about
such an expunged conviction or to use such an expunged conviction adversely
against an individual in any form of application or otherwise - unless
specifically required or permitted to do so by statute.

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with
a jail term of "1 year", "12 months", or "365 days" is, by operation of
law, deemed to be a sentence of 364 days. Any Certificate of Disposition
indicating a jail sentence of "1 year", "12 months", "52 weeks", or
"365 days" for a misdmeanor conviction shall be interpreted as a sentence
of 364 days.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLENN JOHNSON
_____

_____
Write the full name of each plaintiff or petitioner.

Case No. _23_ CV. _3018_ (PAE) (SDA)

-against-

CITY OF NEW YORK, NEW YORK CITY POLICE

DEPARTMENT, NYPD Police Officers JOHN AND
Write the full name of each defendant or respondent.
JANE DOES 1-6, 25TH PRECINCT

NOTICE OF MOTION

PLEASE TAKE NOTICE that _PLAINTIFF_      _JOHNSON V. CITY OF NEW YORK_
                        plaintiff or defendant    name of party who is making the motion

requests that the Court: SEE MEILLEUR V. STRONG, 682 F.3D 56, 63 (2D CIR. 2012)

I AM ASKING THE COURT TO GRANT ME AND EXTENSION OF TIME FOR SERVICE
Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or
the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☑ the following additional documents:  Johnson v. City of New York et al

1:23-cv-03018-PAE-SDA

_5/1/23_                              _Glenn Johnson_          "PRO SE"
Dated                                 Signature

GLENN JOHNSON                         I.D. 3492201707     NYSID. 04161411 K
Name                                  Prison Identification # (if incarcerated)
                          18-18 HAZEN STREET
ANNA M. KROSS CENTER  C-95  EAST ELMHURST   NEW YORK   11370.
Address                               City              State          Zip Code
Home # (929) 259-9790                 _____
Telephone Number (if available)       E-mail Address (if available)

UNITED STATES DISTRICT COURT                                            5/1/23

SOUTHERN DISTRICT OF NEW YORK

500 PEARL STREET, PROSE INTAKE UNIT

NEW YORK, NEW YORK 10007.                           NOTICE OF

              23 CIV. 3018 (PAE) (SDA)   MOTION

YOUR HONOR.                 PROSE LITIGANT
I AM A SELF REPRESENTED WAITING FOR FREE LEGAL ASSISTANCE ADVICE

FROM THE NEW YORK LEGAL ASSISTANCE GROUP. I MAILED OUT A LIMITED

SCOPE LEGAL ASSTANCE RETAINER AGREEMENT ON 4/25/23. I AM

ASKING THE COURT TO GRANT ME AND EXTENSION OF TIME FOR SERVICE.


IF THE COMPLAINT IS NOT SERVED WITHIN (90) DAYS AFTER THE DATE

SUMMONS IS ISSUED, JOHNSON SHOULD REQUEST AN EXTENSION OF TIME

FOR SERVICE. SEE MEILLEUR V. STRONG, 682 F.3D 56, 63 (2D CIR. 2012)


THANK YOU FOR YOUR CONSIDERATION HEREIN.

                               RESPECTFULLY SUBMITTED

                               Glenn Johnson "PROSE"

                    I.D.   3492201702/0416141IK

                        A.M.K.C. C-95 18-18 HAZEN

                        STREET, EAST ELMHURST

                        NEW YORK 11370.

MID-ISLAND NY 117

2 MAY 2023  PM 3  L

Glenn Johnson I.D.# 3492201909
A.M.K.C.-C-95 Quad 2 Lower
18-18 Hazen Street, East Elmhurst
New York 11370.

USM P3
SDNY



United States District Court
Southern District of New York
500 Pearl Street, Pro Se Intake Unit
New York, New York 10007.

10007-133099