**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Glenn Johnson,

 Plaintiff,

 -against-

City of New York, et al.,

 Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/09/2023
```

**1:23-cv-03018 (PAE) (SDA)**

**ORDER OF SERVICE**

**STEWART D. AARON, United States Magistrate Judge:**

By Order dated April 12, 2023, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* (ECF No. 4). On May 4, 2023, Plaintiff filed an Amended Complaint (ECF No. 11) in which he names as a defendant NYPD Officer Lorenzo Valente (Shield # 16609).

To allow Plaintiff to effect service on Defendant Valente through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") using the following address: P.O. Lorenzo Valente, N.Y.P.D., 25th Precinct, 120 East 119th Street, New York, New York 10035. The Clerk of Court shall further issue a summons and deliver to the Marshals Service all of the necessary paperwork— including the Amended Complaint (ECF No. 11)—for the Marshals Service to effect service of the entire pleading upon Defendant Valente.

**SO ORDERED.**

Dated:       New York, New York
             May 9, 2023

_____
STEWART D. AARON
United States Magistrate Judge

2

**DEFENDANT AND SERVICE ADDRESS**

P.O. Lorenzo Valente
N.Y.P.D., 25th Precinct
120 East 119th Street
New York, New York 10035