```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Glenn Johnson,

                Plaintiff,

-against-

City of New York, et al.,

                Defendants.

1:23-cv-03018 (PAE) (SDA)

ORDER OF SERVICE

**STEWART D. AARON, United States Magistrate Judge:**

By Order dated April 12, 2023, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* (ECF No. 4). On May 4, 2023, Plaintiff filed a Second Amended Complaint (ECF No. 25) in which he names as additional defendants NYPD Officers DiCarlos Martinez (Shield # 18415), Tenzin Penpa (Shield #730) and Daniel Delacruz (Shield #8759) (collectively, "Defendants").

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") using the following address: N.Y.P.D., 25th Precinct, 120 East 119th Street, New York, New York 10035. The Clerk of Court shall further issue summonses and deliver to the Marshals Service all of the necessary paperwork—including the Second Amended Complaint (ECF No. 25)—for the Marshals Service to effect service of the entire pleading upon Defendants. **SO ORDERED.**

Dated:      New York, New York
              August 21, 2023

_____
STEWART D. AARON
United States Magistrate Judge

**DEFENDANTS AND SERVICE ADDRESSES**

P.O. DiCarlos Martinez
N.Y.P.D., 25th Precinct
120 East 119th Street
New York, New York 10035

P.O. Tenzin Penpa
N.Y.P.D., 25th Precinct
120 East 119th Street
New York, New York 10035

P.O. Daniel Delacruz
N.Y.P.D., 25th Precinct
120 East 119th Street
New York, New York 10035