USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Glenn Johnson,

                Plaintiff,

-against-

City of New York, et al.,

                Defendants.

1:23-cv-03018 (PAE) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

On October 17, 2023, a Marshal's Process Receipt was filed to the ECF docket (ECF No. 35) indicating that service was not executed upon P.O. Daniel Delacruz (Shield # 8759) because he no longer works with the New York Police Department.

Because P.O. Delacruz is a former City of New York employee or official, the New York City Law Department should, no later than Wednesday, November 1, 2023, file a letter either (1) indicating that an electronic request for a waiver of service can be made under the e-service agreement for cases involving City of New York defendants, rather than by personal service, or (2) containing the address where P.O. Delacruz may be served.

**SO ORDERED.**

Dated:     New York, New York
            October 19, 2023

_____
STEWART D. AARON
United States Magistrate Judge