UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Glenn Johnson,

                Plaintiff,

-against-

City of New York, et al.,

                Defendants.

1:23-cv-03018 (DEH) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

On November 17, 2023, a Waiver of the Service of Summons as to P.O. Daniel Delacruz (Shield # 8759) was filed to the ECF docket. (Delacruz Waiver, ECF No. 41.) Since all Defendants have been served (*see* City of New York Appearance, ECF No. 10; Valente Marshal's Process Receipt, ECF No. 24; Martinez Marshal's Process Receipt, ECF No. 36; Penpa Marshal's Process Receipt, ECF No. 38; Delacruz Waiver), no later than Monday, December 4, 2023, Defendants shall state whether they have any opposition to Plaintiff being granted leave to file the Third Amended Complaint (Third Am. Complaint, ECF No. 29) *nunc pro tunc*. (*See* 9/18/23 Order, ECF No. 31.)

SO ORDERED.

Dated:    New York, New York
           November 20, 2023

_____
STEWART D. AARON
United States Magistrate Judge